## **EXHIBIT A**

| **TRANSFEROR** | **DATE** | **AMOUNT** |
|---|---|---|
| Akorn Operating Company, LLC | 12/23/2022 | $1,800.00 |
| Akorn Operating Company, LLC | 2/14/2023 | $15,800.00 |

TOTAL TRANSFERS - $17,600.00